AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

**SUMMONS IN A CIVIL CASE**

V.

FRONTENAC PAINTING, INC.
 a/k/a Frontenac Painting

CASE NUMBER   1:06CV01894

JUDGE: Gladys Kessler

DECK TYPE: Labor/ERISA (non-employment)

DATE STAMP: 11//2006

TO: (Name and address of Defendant)

FRONTENAC PAINTING, INC.
 a/k/a Frontenac Painting
4427 Geraldine Avenue
St. Louis, MO 63115

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

KENT CPREK, ESQUIRE
JENNINGS SIGMOND, PC
THE PENN MUTUAL TOWERS, 16TH FLOOR
510 WALNUT STREET
PHILADELPHIA, PA  19106

an answer to the complaint which is served on you with this summons, within  twenty (20)  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON       NOV 0 6 2006

CLERK                             DATE


(By) DEPUTY CLERK

# RETURN OF SERVICE

**UNITED STATES DISTRICT COURT**   **DISTRICT OF COLUMBIA**

Case No.: 1:06CV01894

International Painters and Allied Trades Industry
Pension Fund

vs

Frontenac Painting, Inc. a/k/a Frontenac Painting

SERVICE OF PROCESS ON: **Frontenac Painting, Inc. a/k/a Frontenac Painting**

X  Clayton Willis , undersigned, being duly sworn, deposes and says that he was at the time of service, over the age of twenty-one, and not a party to this action:

Date of Service:     X  11/21/06
Place of Service:    **4427 Geraldine Avenue St. Louis, MO 63115**
Documents Served: **Summons and Complaint**

A true and correct copy of the aforesaid papers were served on the above named party or witness in the following manner:

X  _X_ By hand delivering to an officer, director, or manager of defendant's business.
Name and Title of person served: X  CR Chernik, President .

X Description of Person Receiving Documents: (Male) Female   Skin Color  white
Hair Color Brown  Age 40  Hgt 5'10  Wgt 200

Undersigned declares under penalty of perjury that the foregoing is true and correct

X  Clayton Willis          X  11/21/06
Signature of Server         Date

Kent Cprek, Esquire
Jennings Sigmond, P.C.
510 Walnut Street, 16TH Fl.
Philadelphia, PA 19106                215-922-6700