UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND,<br><br>Plaintiff,<br><br>v.<br><br>FRONTENAC PAINTING, INC.<br>a/k/a Frontenac Painting.<br><br>Defendant. | Case No.:   1:06CV01894<br><br>Judge:   Gladys Kessler |

**MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO FILE ANSWER
OR OTHER RESPONSIVE PLEADING**

Defendant Frontenac Painting, Inc., by counsel, respectfully moves the Court for an order extending the time within which to file its answer or other responsive pleading for thirty days to and including January 11, 2007. In support of its motion Defendant submits:

1. Defendant's Answer or other responsive pleading is due December 11, 2006.

2. The parties are attempting to resolve this matter by settlement.

3. Defendant is requesting an additional thirty (30) days to file its responsive pleading to permit additional settlement discussions.

4. Plaintiff does not object a thirty-day extension.

5. Defendant, by requesting an extension, is not waiving its objections to personal jurisdiction or venue.

1

WHEREFORE, for these reasons, Defendant respectfully moves the Court for enter an order extending the time in which Defendant must file an answer or other responsive pleading to and including January 11, 2007.

Respectfully submitted,

/s/Joseph C. Cosby
Joseph C. Cosby (D.C. Bar. 471320)
Tighe Patton Armstrong Teasdale PLLC
1747 Pennsylvania Ave., N.W., Third Floor
Washington, D.C. 20006-4604
Telephone 202-454-2800
Facsimile 202-454-2805

Matthew S. Shorey
Armstrong Teasdale LLP
One Metropolitan Square, Suite 2600
211 North Broadway
St. Louis, MO 63102-2740
Telephone 314-621-5070
Facsimile 314-588-7260

Counsel for Defendant

## CERTIFICATE OF SERVICE

I certify that a copy of Defendant's Motion for an Extension of Time was served on December 11, 2006, by the Court's electronic filing system on counsel for Plaintiff:

Kent Cprek
Elizabeth Coleman
Jennings Sigmond, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street
Philadelphia, PA 19106-3683

/s/Joseph C. Cosby
Joseph C. Cosby

541580.1

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, )<br>)<br>Plaintiff,    )<br>)<br>v.    )<br>)<br>FRONTENAC PAINTING, INC.    )<br>a/k/a Frontenac Painting.    )<br>)<br>Defendant.    ) | Case No.:    1:06CV01894<br><br>Judge:    Gladys Kessler |

## **ORDER**

Having considered the Motion For Extension Of Time Within Which To File Answer Or Other Responsive Pleading ("Motion for Extension of Time") made by Defendant Frontenac Painting, Inc., the Motion for Extension of Time is HEREBY,

GRANTED; and

The deadline for Defendant Frontenac Painting, Inc. to respond to file an answer or other responsive pleading is hereby extended to January 11, 2007.


DATE: December       , 2006    _____

Pursuant to LCvR 7(k), the following attorneys are entitled to notice of the Court's entry of the above Order:

    Kent Cprek
    Elizabeth Coleman
    Jennings Sigmond, P.C.
    The Penn Mutual Towers, 16th Floor
    510 Walnut Street
    Philadelphia, PA 19106-3683