IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND,<br><br>Plaintiff,<br><br>v.<br><br>FRONTENAC PAINTING, INC.<br>a/k/a Frontenac Painting.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No.: 1:06cv01894 (GK)<br>)<br>)<br>)<br>)<br>)<br>) |

CONSENT MOTION FOR ADDITIONAL TIME TO FILE ANSWER OR OTHER RESPONSIVE PLEADING

COMES NOW, Defendant, by and through undersigned counsel, and for its Consent Motion for Additional Time to File its Answer or Other Responsive Pleading, does hereby state:

1. Defendant's Answer or other responsive pleading is due January 11, 2007.

2. The parties are still attempting to resolve this matter by settlement.

3. Defendant is requesting an additional eight (8) days to file its responsive pleading to permit additional settlement discussions.

4. Plaintiff has consented to an eight-day extension to January 19, 2007.

5. Defendant, by requesting an extension, is not waiving its objections to personal jurisdiction or venue.

WHEREFORE, Defendant prays this Court enter an order extending by eight (8) days the time in which Defendant must file an Answer or other responsive pleading, up to and including January 19, 2007, and for such other and further relief as this Court deems just and proper.

        Respectfully submitted,

        /s/Joseph C. Cosby
        Joseph C. Cosby (D.C. Bar. 471320)
        Tighe Patton Armstrong Teasdale PLLC
        1747 Pennsylvania Ave., N.W., Third Floor
        Washington, D.C. 20006-4604
        Telephone 202-454-2800
        Facsimile 202-454-2805

## CERTIFICATE OF SERVICE

I certify that a copy of Defendant's Motion for an Extension of Time was served on January 11, 2007, by the Court's electronic filing system on counsel for Plaintiff:

Kent Cprek
Elizabeth Coleman
Jennings Sigmond, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street
Philadelphia, PA 19106-3683

        /s/Joseph C. Cosby
        Joseph C. Cosby

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| FRONTENAC PAINTING, INC. a/k/a Frontenac Painting. | ) ) ) |
| Defendant. | ) ) |

Case No.: 1:06cv01894 (GK)

## **ORDER**

Having considered the Consent Motion for Additional Time to File Answer or Other Responsive Pleading ("Motion for Additional Time") made by Defendant Frontenac Painting, Inc., the Motion for Additional Time is HEREBY,

GRANTED; and

The deadline for Defendant Frontenac Painting, Inc. to respond to file an answer or other responsive pleading is hereby extended eight (8) days to January 19, 2007.


DATE: January     , 2007                    _____

Pursuant to LCvR 7(k), the following attorneys are entitled to notice of the Court's entry of the above Order:

>Kent Cprek
>Elizabeth Coleman
>Jennings Sigmond, P.C.
>The Penn Mutual Towers, 16th Floor
>510 Walnut Street
>Philadelphia, PA 19106-3683