IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>FRONTENAC PAINTING, INC.  )<br>a/k/a Frontenac Painting.  )<br>)<br>Defendant.  ) | Case No.:   1:06CV01894<br><br>Judge:   Gladys Kessler |

## MOTION FOR ADDITIONAL TIME TO FILE ANSWER OR OTHER RESPONSIVE PLEADING

COMES NOW, Defendant, by and through undersigned counsel, and for its Motion for Additional Time to File its Answer or Other responsive pleading, does hereby state:

1. Defendant's Answer or other responsive pleading was due December 11, 2006.

2. The parties have been engaged in settlement discussions.

3. Due to the ongoing settlement discussions, Defendant was granted an extension of time through January 19, 2007 for the filing of its Answer or other responsive pleading.

4. The parties have reached a settlement in principle.

5. Defendant requests an additional seven (7) days in which to file its Answer or other responsive pleading to permit the finalization of the settlement.

6. Plaintiff has consented to the extension of time.

7. Defendant, by requesting an extension of time, is not waiving its objections to personal jurisdiction or venue.

WHEREFORE, Defendant prays this Court enter an order extending by seven (7) days the time in which Defendant must file an Answer or other responsive pleading, up to and including January 26, 2007, and for such other and further relief as this Court deems just and proper.

Respectfully submitted,

/s/Joseph C. Cosby
Joseph C. Cosby (D.C. Bar. 471320)
Tighe Patton Armstrong Teasdale PLLC
1747 Pennsylvania Ave., N.W., Third Floor
Washington, D.C. 20006-4604
Telephone 202-454-2800
Facsimile 202-454-2805


Matthew S. Shorey
Armstrong Teasdale LLP
One Metropolitan Square, Suite 2600
211 North Broadway
St. Louis, MO 63102-2740
Telephone 314-621-5070
Facsimile 314-588-7260

Counsel for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED ) <br> TRADES INDUSTRY PENSION FUND, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FRONTENAC PAINTING, INC. ) <br> a/k/a Frontenac Painting. ) <br> ) <br> Defendant. ) | Case No.: 1:06cv01894 (GK) |

## **ORDER**

Having considered the Consent Motion for Additional Time to File Answer or Other Responsive Pleading ("Motion for Additional Time") made by Defendant Frontenac Painting, Inc., the Motion for Additional Time is HEREBY,

GRANTED; and

The deadline for Defendant Frontenac Painting, Inc. to respond to file an answer or other responsive pleading is hereby extended seven (7) days to January 26, 2007.


DATE:  January       , 2007                    _____

Pursuant to LCvR 7(k), the following attorneys are entitled to notice of the Court's entry of the above Order:

>Kent Cprek
>Elizabeth Coleman
>Jennings Sigmond, P.C.
>The Penn Mutual Towers, 16th Floor
>510 Walnut Street
>Philadelphia, PA 19106-3683