IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND<br><br>Plaintiff,<br><br>v.<br><br>FRONTENAC PAINTING, INC.<br>a/k/a Frontenac Painting<br><br>Defendant. | CIVIL ACTION<br>NO. 1:06-cv-1894 (GK) |

**REQUEST FOR DISMISSAL OF COMPLAINT AGAINST DEFENDANT, FRONTENAC PAINTING, INC. a/k/a FRONTENAC PAINTING PURSUANT TO FED.R.CIV.PRO. 41(a)(1)(i)**

TO THE CLERK:

No answer or motion for summary judgment having been filed, this matter is dismissed without prejudice pursuant to Fed. R. Civ. Pro. 41(a)(1)(i).

                         Respectfully submitted,

                         JENNINGS SIGMOND, P.C.

              BY: /s/ Sanford G. Rosenthal
                  SANFORD G. ROSENTHAL Bar No. 478737
                  The Penn Mutual Towers, 16th Floor
                  510 Walnut Street
                  Philadelphia, PA 19106-3683
                  (215) 351-0611
                  Attorney for the Fund

Date: March 13, 2007

OF COUNSEL:
ELIZABETH A. COLEMAN, Esquire
The Penn Mutual Towers, 16th Floor
510 Walnut Street
Philadelphia, PA 19106-3683
(215) 351-0644

180744-1